# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1543
_____

CALVIN C. MONTS, II,

Appellant,

v.

BAPTIST HEALTH CARE, et al.,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

November 17, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Calvin C. Monts, II, pro se, Appellant.

Rogelio J. Fontela and Jessica E. Keeler of Dennis, Jackson, Martin, & Fontela, P.A., Tallahassee, for Appellee James Piorkowski, M.D.; Halley M. Stephens and E. Victoria Penny of Penny Stephens Law, PLLC, Tallahassee, for Appellees Baptist Health Care, James Hlavecek, M.D., and Tonya Parker, RN.